# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NOLA GROUP HOTEL, L.L.C.** | * | **CIVIL ACTION NO.:  20-1373** |
| | * | |
| **Plaintiff** | * | |
| | * | **JUDGE ELDON FALLON** |
| versus | * | |
| | * | |
| **STARR SURPLUS LINES** | * | |
| **INSURANCE COMPANY** | * | |
| | * | **MAG. KAREN WELLS ROBY** |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFF'S FIRST SUPPLMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, NOLA Hotel Group, L.L.C. who desires to supplement and amend its Original Complaint pursuant to Federal Rules of Civil Procedure Rule 15 (a)(1).

**1.**

Complainant realleges and reavers all allegations in its Original Complaint as if plead herein *in extenso*.

**2.**

To amend a typographical error in the caption to to read as follows:

| | | |
|---|---|---|
| **NOLA HOTEL GROUP, L.L.C.** | * | **CIVIL ACTION NO.:** |
| | * | |
| **Plaintiff** | * | **SECTION:** |
| | * | |
| versus | * | |
| | * | **JUDGE:** |
| **STARR SURPLUS LINES** | * | |
| **INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE:** |
| **Defendant** | * | |

**2.**

To amend paragraph 19 to read as follows:

Plaintiff purchased from Defendant two identical insurance policies bearing Policy Numbers SLSTPTY11271220 and SLSTPTY11271320 referred to collectively as 'Policy'), naming Plaintiff as the insured.  The Policies were  purchased to cover Plaintiff's business that owns and/or operates six boutique hotels located in New Orleans, Louisiana.  The Policies provide insurance coverage for the period of March 1, 2020 to March 1, 2021.

## REQUEST FOR JURY

Plaintiff prays for a jury trial of all matters herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, on behalf of themselves and all similarly situated individuals, demand judgment against the Defendants as follows:

(1) Declaring this action to be a proper class action maintainable pursuant to Fed.R.Civ.P. 23(a) and Rule 23(b)(3) and declaring Plaintiff and its counsel to be representatives of the Class;

(2) Issuing a Declaratory Judgment declaring the Parties' rights and obligations under the insurance policies;

(3) Awarding Plaintiff and the Class compensatory damages from Starr's breach of the insurance policies in an amount to be determined at trial, together with appropriate prejudgment interest at the maximum rate allowable by law;

(4)   Awarding Plaintiff and the Class costs and disbursements and reasonable allowances for the fees of Plaintiff's and the Class's counsel and experts, and reimbursement of expenses; and

(5)   Awarding such other and further relief the Court deems just, proper, and equitable.

        Respectfully submitted,

        s/Joseph E. Cain
        **STEPHEN J. HERMAN (La. Bar No. 23129)**
        **BRIAN D. KATZ (La. Bar No. 24137)**
        **SOREN E. GISLESON (La. Bar No. 26302)**
        **JOSEPH E. "JED" CAIN  (La. Bar No. 29785)**
        **JOHN S. CREEVY (La. Bar No. 30879)**
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Telephone:  (504) 581-4892
        Facsimile:  (504) 561-6024
        sherman@hhklawfirm.com
        bkatz@hhklawfirm.com
        sgisleson@hhklawfirm.com
        jcain@hhklawfirm.com
        jcreevy@hhklawfirm.com

        -AND-

        **ROBERT J. DILIBERTO (La. Bar No. 24783)**
        Diliberto Law Firm
        3636 S. I-10 Service Rd., Suite 210
        Metairie, LA 70001
        Telephone: (504) 828-1600
        Robert@GetRJD.com