UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NOLA GROUP HOTEL, L.L.C.** | * | **CIVIL ACTION NO.:  20-1373** |
| **Plaintiff** | * | |
| versus | * | **JUDGE ELDON FALLON** |
| **STARR SURPLUS LINES INSURANCE COMPANY** | * | |
| **Defendant** | * | **MAG. KAREN WELLS ROBY** |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, NOLA Hotel Group, LLC, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, without prejudice.

To date, Defendant has not filed an answer or a motion for summary judgment and as such Plaintiff has an absolute right to voluntarily dismiss the case without prejudice. *See Carter v. U.S.*, 547 F.2d 258 (5th Cir. 1977); *Taylor v. Carl E. Woodward, L.L.C.*, 2012 WL 3901627 (E.D. La. 9/7/12); *Trinity Yachts, LLC v. Thomas Rutherford, Inc.*, 2012 WL 397377 (E.D. La. 2/7/12); *Ricky's Diesel Service, Inc. v. M/V INSPIRATION,* 2002 WL 927796 (E.D. La. 5/7/02).

Respectfully submitted,

    s/Joseph E. Cain
**STEPHEN J. HERMAN (La. Bar No. 23129)**
**BRIAN D. KATZ (La. Bar No. 24137)**
**SOREN E. GISLESON (La. Bar No. 26302)**
**JOSEPH E. "JED" CAIN  (La. Bar No. 29785)**
**JOHN S. CREEVY (La. Bar No. 30879)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024

**-AND-**

**ROBERT J. DILIBERTO (La. Bar No. 24783)**
Diliberto Law Firm
3636 S. I-10 Service Rd., Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Robert@GetRJD.com

2